IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )         8:12CR153
                              )
         v.                   )
                              )
OMAR MARTINEZ,                )            ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on defendant's motion for release on conditions (Filing No. 24).  The Court has reviewed the motion as well as defendant's history and the presentence investigation report, and finds the motion should be denied.  Accordingly,

IT IS ORDERED that defendant's motion for release on conditions is denied.  Sentencing remains scheduled for:

**Thursday, November 15, 2012, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 31st day of October, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court